# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Teeter, Holly | U.S. District Court, Kansas | 04/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

444 S.E. Quincy, Suite 405
Topeka, KS 66683

***IMPORTANT NOTES:** **The instructions accompanying this form must be followed. Complete all parts,**
**checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | TD Ameritrade Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Antonin Scalia Law School | April 25-26, 2019 | Arlington, VA | Antonin Scalia Forum | Food and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sound Stewardship LLC | Financial planning services | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1.   - Capitol Federal Cash Accounts | B | Interest | K | T | | | | | |
| 2.   - Ally Bank Cash Account | A | Interest | K | T | | | | | |
| 3.   Fidelity 401(k) # 1 (H) | | | | | | | | | |
| 4.   - Eventide Healthcare & Life Sciences N | A | Dividend | K | T | Buy (add'l) | 05/09/19 | J | | |
| 5.   - Fidelity Cash Reserves Account | A | Interest | J | T | | | | | |
| 6.   - Fidelity Spartan Intl Idx | B | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 7. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 8.   - Guggenheim BulletShares 2019 Corp Bond | A | Dividend | | | Matured | 12/18/19 | J | | |
| 9.   - Guggenheim BulletShares 2020 Corp Bond | A | Dividend | J | T | | | | | |
| 10.   - Guggenheim BulletShrs®2019 HY CorpBd ETF | A | Dividend | | | Matured | 12/18/19 | J | | |
| 11.   - Guggenheim BulletShrs®2020 HY CorpBd ETF | A | Dividend | J | T | | | | | |
| 12.   - iShares Core S&P 500 ETF | B | Dividend | L | T | Buy (add'l) | 05/09/19 | J | | |
| 13.   - iShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy (add'l) | 05/09/19 | J | | |
| 14.   - iShares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 15. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 16.   - iShares Core Total Aggregate US Bond ETF | A | Dividend | | | Sold | 02/04/19 | K | | |
| 17.   - iShares iBoxx $ High Yield Corporate Bd | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 19. - iShares International Treasury Bond | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 20. - iShares JPMorgan USD Emerg Markets Bond | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 21. - iShares MSCI EAFE Small-Cap | B | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 22. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 23. - iShares TIPS Bond ETF | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 24. - Schwab Fundamental Intl Lg Co ETF | B | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 25. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 26. - Schwab Fundamental US Broad Market ETF | B | Dividend | L | T | Buy (add'l) | 05/09/19 | J | | |
| 27. - Schwab Fundamental US Small Company ETF | A | Dividend | L | T | Buy (add'l) | 02/04/19 | J | | |
| 28. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 29. - SPDR Barclays Capital EM Local Bond ETF | A | Dividend | J | T | | | | | |
| 30. - Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy (add'l) | 05/09/19 | J | | |
| 31. - Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 32. - Vanguard Short-Term Bond ETF | A | Dividend | K | T | Buy | 02/04/19 | K | | |
| 33. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 34. - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | K | T | Buy (add'l) | 05/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Fidelity 401(k) # 2 (H) | | | | | | | | | |
| 36.    - VANG INST TR 2050 | A | Int./Div. | K | T | Buy (add'l) | 02/19/19 | J | | |
| 37. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 38. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 39. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 40. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 41. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 42. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 43. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 44. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 45. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 46. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 47. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 48. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 49. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 50. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 51. | | | | | Buy (add'l) | 10/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. TD Ameritrade IRA # 2 (H) | | | | | | | | | |
| 53. - TD Ameritrade Cash Account | A | Interest | K | T | | | | | |
| 54. - Guggenheim BulletShares 2019 Corp Bond | A | Dividend | | | Matured | 12/18/19 | K | | |
| 55. - Guggenheim BulletShares 2020 Corp Bond | A | Dividend | K | T | | | | | |
| 56. - Guggenheim BulletShrs 2019 HY CorpBd ETF | A | Dividend | | | Matured | 12/17/19 | J | | |
| 57. - Guggenheim BulletShrs®2020 HY CorpBd ETF | A | Dividend | J | T | | | | | |
| 58. - iShares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 59. - PowerShares Emerging Mkts Sovereign Debt | A | Dividend | J | T | | | | | |
| 60. - SPDR Barclays Capital EM Local Bond ETF | A | Dividend | J | T | | | | | |
| 61. - SPDR Barclays International Treasury Bd | A | Dividend | K | T | | | | | |
| 62. - Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | | | | | |
| 63. - Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 64. - Vanguard Short-Term Bond | B | Dividend | L | T | Buy | 02/01/19 | K | | |
| 65. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 66. - Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 02/01/19 | K | | |
| 67. TD Ameritrade Roth IRA # 1 (H) | | | | | | | | | |
| 68. - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - Eventide Healthcare & Life Sciences N | A | Dividend | K | T | Buy (add'l) | 03/04/19 | J | | |
| 70.    - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 71.    TD Ameritrade Roth IRA # 2 (H) | | | | | | | | | |
| 72.    - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 73.    - iShares MSCI EAFE Small-Cap | A | Dividend | K | T | | | | | |
| 74.    - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 75.    - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | J | T | Buy (add'l) | 07/24/19 | J | | |
| 76.    TD Ameritrade Trust # 1 (H) | | | | | | | | | |
| 77.    - Bershire Hathaway | | None | L | T | | | | | |
| 78.    - Casey s General Stores Inc | A | Dividend | | | Donated | | | | |
| 79. | | | | | Sold | 08/07/19 | J | A | |
| 80.    - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 81.    - Eventide Healthcare & Life Sciences N | A | Dividend | K | T | Sold (part) | 01/28/19 | J | | |
| 82. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 83.    - Fidelity® Select Transportation | A | Dividend | K | T | | | | | |
| 84.    - iShares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 07/24/19 | K | | |
| 85.    - iShares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. - iShares MSCI EAFE Small-Cap | B | Dividend | K | T | Buy | 02/01/19 | K | | |
| 87. - iShares TIPS Bond ETF | A | Dividend | J | T | | | | | |
| 88. - McDonald s Corporation | A | Dividend | K | T | | | | | |
| 89. - Phillips 66 | A | Dividend | K | T | | | | | |
| 90. - Schwab Fundamental Intl Lg Co ETF | B | Dividend | L | T | Buy | 02/01/19 | L | | |
| 91. - Schwab Fundamental US Small Company ETF | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 92. - SPDR Barclays High Yield Bond | B | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 93. | | | | | Sold (part) | 05/06/19 | J | | |
| 94. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 95. - SPDR Barclays International Treasury Bd | A | Dividend | J | T | | | | | |
| 96. - U.S. Bancorp | C | Dividend | L | T | Sold (part) | 07/23/19 | L | E | |
| 97. | | | | | Donated (part) | | | | |
| 98. - Vanguard Dividend Appreciation ETF | A | Dividend | J | T | | | | | |
| 99. - Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | Buy | 02/01/19 | K | | |
| 100. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 101. - Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 102. - Vanguard Target Retirement 2050 Inv | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 02/01/19 | K | | |
| 104.  - Walgreen Boots Alliance Inc Com | A | Dividend | J | T | | | | | |
| 105.  - Walt Disney Co | A | Dividend | J | T | | | | | |
| 106.  - WisdomTree Emerging Mkts SmallCap Div | A | Dividend | K | T | Sold (part) | 01/28/19 | J | | |
| 107. | | | | | Buy (add'l) | 03/04/19 | K | | |
| 108.  TD Ameritrade UTMA # 1 (H) | | | | | | | | | |
| 109.  - Apple Inc | A | Dividend | J | T | | | | | |
| 110.  - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 111.  - Commerce Bancshares (X) | | None | J | T | | | | | |
| 112.  - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 113.  - Kimberly-Clark Corp (X) | | None | J | T | | | | | |
| 114.  - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 115.  - McDonald s Corporation | A | Dividend | J | T | | | | | |
| 116.  - The Hershey Co | A | Dividend | J | T | | | | | |
| 117.  - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 118.  - Walt Disney Co | A | Dividend | J | T | | | | | |
| 119.  TD Ameritrade UTMA # 2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Apple Inc | A | Dividend | J | T | | | | | |
| 121.  - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 122.  - Commerce Bancshares (X) | | None | J | T | | | | | |
| 123.  - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 124.  - Kimberly-Clark Corp (X) | | None | J | T | | | | | |
| 125.  - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 126.  - McDonald s Corporation | A | Dividend | J | T | | | | | |
| 127.  - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 128.  - Walt Disney Co | A | Dividend | J | T | | | | | |
| 129.  TD Ameritrade UTMA # 3 (H) | | | J | T | | | | | |
| 130.  - Apple Inc | A | Dividend | J | T | | | | | |
| 131.  - Berkshire Hathaway Inc | | None | J | T | | | | | |
| 132.  - Commerce Bancshares (X) | | None | J | T | | | | | |
| 133.  - TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 134.  - Kimberly-Clark Corp (X) | | None | J | T | | | | | |
| 135.  - Kraft Heinz Co | A | Dividend | J | T | | | | | |
| 136.  - McDonald s Corporation | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teeter, Holly | 04/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. - The Hershey Co | A | Dividend | J | T | | | | | |
| 138. - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 139. - Walt Disney Co | A | Dividend | J | T | | | | | |
| 140. Vanguard 529 # 1 (H) | | | | | | | | | |
| 141. - Vanguard Aggressive Age-Based Option: 90/10 Portfolio (X) | | None | | | Closed | 02/04/19 | L | | |
| 142. - Vanguard Aggressive Age-Based Option: 80/20 Portfolio | | None | L | T | | | | | |
| 143. - Vanguard Conservative Age-Based Option: 40/60 Portfolio (X) | | None | | | Closed | 02/04/19 | J | | |
| 144. - Vanguard Conservative Age-Based Option: 30/70 Portfolio | | None | J | T | | | | | |
| 145. Vanguard 529 # 2 (H) | | | | | | | | | |
| 146. - Vanguard Aggressive Age-Based Option: Aggressive Grth Portfolio (X) | | None | | | Closed | 05/06/19 | L | | |
| 147. - Vanguard Aggressive Age-Based Option: 90/10 Portfolio | | None | L | T | | | | | |
| 148. - Vanguard Moderate Growth - Conservative Age-based (X) | | None | | | Closed | 05/06/19 | J | | |
| 149. - Vanguard Conservative Age-Based Option: 40/60 Portfolio | | None | J | T | | | | | |
| 150. Vanguard 529 # 3 (H) | | | | | | | | | |
| 151. - Vanguard Aggressive Age-Based Option: Aggressive Grth Portfolio | | None | K | T | | | | | |
| 152. - Vanguard Conservative Age-Based Option: 60/40 Portfolio (X) | | None | | | Closed | 01/04/19 | J | | |
| 153. - Vanguard Moderate Growth - Conservative Age-based | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Teeter, Holly** | 04/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard 529s: The statements provided do not include any information as to the income earned during the reporting period.
Change in funds in the 529 accounts were custodian automatic exchanges based on the child's age.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Holly Teeter**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544